**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6251

CLINTON DECARLO COWLES, SR.,

Plaintiff – Appellant,

v.

JOHN KULPLINSKI, Administrator; CARL SMITH, JR., Officer;
D. L. ARNOLD, Captain/Director of Personnel and Training,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:10-cv-00836-LMB-IDD)

Submitted:  May 19, 2011          Decided:  May 24, 2011

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Clinton Decarlo Cowles, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clinton Decarlo Cowles, Sr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cowles v. Kulplinski, No. 1:10-cv-00836-LMB-IDD (E.D. Va. Feb. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED